Same case below, 387 Fed. Appx. 402.

■

**No. 10-7657. Jeffrey J. Jackson, Petitioner v. Mississippi.**

562 U.S. 1157, 131 S. Ct. 956, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 566.

January 10, 2011. Petition for writ of certiorari to the Supreme Court of Mississippi denied.

■

**No. 10-7659. Marsha L. Payton, Petitioner v. Department of Homeland Security.**

562 U.S. 1157, 131 S. Ct. 956, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 278.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 403 Fed. Appx. 496.

■

**No. 10-7660. Mike Perez, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 354.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

■

**No. 10-7661. Andrew Jerome Malcolm, Petitioner v. United States.**

562 U.S. 1157, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 284.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 394 Fed. Appx. 964.

■

**No. 10-7665. Teresa Mechell Griffin, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 324.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 615 F.3d 1287.

■

**No. 10-7668. William John Feldhacker, Petitioner v. Dennis Bakewell, Warden, et al.**

562 U.S. 1158, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 217,

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

■

**No. 10-7669. Gregory William Flack, Jr., Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 97.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 392 Fed. Appx. 467.

■

**No. 10-7670. Clyde Austin Gray, Jr., Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 957, 178 L. Ed. 2d 789, 2011 U.S. LEXIS 88.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 393 Fed. Appx. 971.